UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                              Case No.3:03-cr-134-J-12

**KENNETH MITCHELL**

---

ORDER
---

This cause is before the Court on the Defendant's pro se "Motion [to Reduce Sentence] Under Title 18 U.S.C. § 3582(c)(2) ... " (Doc. 36), filed March 3, 2008. The Defendant pleaded guilty to Count One of the Indictment charging him with distribution of cocaine base. The Court sentenced the Defendant to a term imprisonment of 151 months. The Defendant was sentenced as a career offender pursuant to U.S.S.G. § 4B1.1, which automatically set his Offense Level at 32, based on the statutory maximum penalty, and his Criminal History Category at VI.

Eligibility for consideration under 18 U.S.C. § 3582(c) is triggered only by an amendment in U.S.S.G. § 1B1.10(c) that lowers the applicable guideline range. Accordingly, a reduction in the Defendant's term of imprisonment is not authorized under 18 U.S.C. 3582(c) and is not consistent with U.S.S.G. § 1B1.10(c) if the amendment does not have the effect of lowering the applicable guideline range because of the operation of another guideline or statutory provision. Because U.S.S.G. § 4B1.1 sets the Defendant's Offense Level at 32, Amendment 706 to the Sentencing Guidelines does not have the effect of reducing his Offense Level or guideline range and therefore, he is ineligible for a further sentence reduction. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Defendant's pro se "Motion [to Reduce Sentence] Under Title 18 U.S.C. § 3582(c)(2) ... " (Doc. 36) is denied.

**DONE AND ORDERED** this \_\_\_\_12th\_\_\_\_ day of March 2008.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
AUSA (Morris)
Defendant, pro se
U.S. Probation (Owens)