UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            Case No.3:03-cr-134-J-12

KENNETH MITCHELL

---

ORDER

This cause is before the Court on the Defendant's pro se Motion for Reconsideration (Doc. 38), filed March 27, 2008, asking the Court to reconsider its Order (Doc. 37) denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). On March 31, 2008, the Defendant filed a Notice of Appeal of the Court's Order (Doc. 37). As a result, the Court no longer has jurisdiction to consider the Defendant's Motion for Reconsideration. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Defendant's Motion for Reconsideration (Doc. 38) is denied for lack of jurisdiction.

**DONE AND ORDERED** this _____3rd_____ day of April 2008.

Howell W. Melton
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
AUSA (Morris)
Defendant, pro se